ELAINE JACOBS, as Administratrix of the Estate of BERNARD KLEIN, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— The evidence wholly failed to support the allegations of the complaint or any cause of action. Judgment unanimously reversed, with costs to the appellant, and the complaint dismissed, with costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MOODY SONN et al., as Successors in Interest of SAMUEL SONN, Deceased, Doing Business as A. H. SONN COMPANY and A. H. SONN Co., INC., Respondents, v. CY RHEIMS CORP., Defendant, and HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, Appellant.— The notice of trial and the note of issue placing the case on the calendar were served prior to the substitution of the administratrix of the deceased party (*O'Brien* v. *Flynn*, 228 App. Div. 704). Order reversed, with $20 costs and disbursements to the appellant and the motion to vacate the judgment granted. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Glennon and Peck, JJ., dissent and vote to affirm. Settle order on notice. [See *post*, p. 840.]

In the Matter of EDWIN H. MORRIS, Respondent, a Stockholder in SETAY COMPANY, INC., against REPUBLIC PICTURES CORPORATION, Formerly Known as SETAY COMPANY, INC., Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and deny the motion. [See *post*, p. 883.]

CAULDWELL-WINGATE COMPANY, Respondent, v. CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CARILLON CERAMICS CORPORATION, Appellant, v. RICHMOND RADIATOR COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to reply to the counterclaims contained in the answer within twenty days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of BELMONT WATCH CORPORATION, Appellant, against EMIL LEICHTER et al., Individually and as Copartners, Doing Business under the Name of BELMONT WATCH COMPANY, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CAPITAL INDUSTRIES, INC., Appellant, v. WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY, Defendant, and WYOMING NATIONAL BANK OF WILKES-BARRE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPH SCHIFTER, Respondent, v. LEWIS INVISIBLE STITCH MACHINE COMPANY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of JEAN TALBOT, Judgment-Creditor-Respondent, against H. THORNLEY MARTIN, Judgment-Debtor-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.